

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                      | §  |                          |
| -------------------- | -- | ------------------------ |
| ARMANDO MADRID,      | §  | No. 08-18-00063-CR       |
|                      | §  |                          |
| Appellant,           | §  | Appeal from the          |
|                      | §  |                          |
| v.                   | §  | 109th District Court     |
|                      | §  |                          |
| THE STATE OF TEXAS,  | §  | of Andrews County, Texas |
|                      | §  |                          |
| Appellee.            | §  | (TC# 4716)               |
|                      | §  |                          |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JANUARY, 2019.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.